## Commonwealth *v.* Colbert, Appellant.

Submitted March 10, 1975. *E. Franklin Martin,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant; *J. Dennis Guyer,* As-

sistant District Attorney, *Edwin D. Strite,* First Assistant District Attorney, and *John R. Walker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.